UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

This paper applies to:   18-cv-9497, 18-cv-9498,
                         18-cv-9507, 18-cv-9511,
                         18-cv-9549

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18-md-2865 (LAK)

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____             │
│ DATE FILED:  2/6/2026       │
└─────────────────────────────┘
```

**PRETRIAL ORDER NO. 64**
(Default Judgments Against Group Trust Defendants)

LEWIS A. KAPLAN, *District Judge.*

1.      Plaintiff's motion for entry of a default and for entry of a default judgment in each of these cases (18-md-2865 Dkt 1895) is granted for substantially the reasons stated in plaintiff's memorandum.

2.      The Clerk is directed to enter the default of each of the following defendants in each of the following cases and thereafter to enter a judgment by default of the amount listed in favor of plaintiff and against each of the following defendants in each of the following cases:

| Case No. | Defendant | Amount |
|---|---|---|
| 18-cv-9497 | Industrial Pensions Group Trust | $6,682,630.40 |
| 18-cv-9498 | Castings Pension Group Trust | $6,746,713.76 |
| 18-cv-9507 | Central Technologies Pensions Group Trust | $6,226,439.06 |
| 18-cv-9511 | Bluegrass Retirement Group Trust | $2,536,882.08 |
| 18-cv-9549 | Autoparts Pensions Group Trust | $6,922,267.26 |

3.      Plaintiff now having dismissed its claims or obtained default judgments against all defendants in these cases,[1] the Clerk is directed to terminate each of these cases.

SO ORDERED.

Dated:      February 6, 2026

Lewis A. Kaplan
United States District Judge

---

[1] Plaintiff voluntarily dismissed its claims against defendant Bernard Tew in each of these cases on March 29, 2022. Dkt 753. Plaintiff voluntarily dismissed its claims against defendant Bluegrass Investment Management, LLC in each of these cases on the same date. Dkts 764, 762, 761, 759, 756.