EXECUTION COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case no. 18-cv-09497. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### [PROPOSED] CONSENT JUDGMENT

WHEREAS, on June 14, 2018, plaintiff Skatteforvaltningen ("SKAT") commenced this action against defendants Industrial Pensions Group Trust ("Industrial"), Bluegrass Investment Management, LLC ("BGIM"), and Bernard Tew, and on April 24, 2020, SKAT filed an amended complaint against the defendants (the foregoing collectively hereinafter referred to as the "Action");

WHEREAS, SKAT and defendant BGIM now wish to resolve all the claims SKAT asserted in the Action against BGIM;

NOW THEREFORE, without trial or adjudication of issue of fact or law, and upon BGIM's consent, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1. This Consent Judgment is hereby entered in favor of plaintiff SKAT against BGIM in the amount of $6,727,000 (US); and

2. Defendant BGIM shall be liable to pay the amount set forth in paragraph 1.

3. Each party shall bear its own attorneys' fees and costs.

35

61789524_1

**EXECUTION COPY**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

Dated: New York, New York
       June _7_, 2021

By: _____     By: _____

HUGHES HUBBARD & REED LLP              SEWARD & KISSEL LLP
Marc A. Weinstein                      Mark J. Hyland
Neil J. Oxford                         Thomas Ross Hooper
Dustin P. Smith                        One Battery Park Plaza
One Battery Park Plaza                 New York, New York 10004
New York, New York 10004-1482          Tel: (212) 574-1200
Telephone: (212) 837-6000              Fax: (212) 480-8421
Fax: (212) 422-4726                    hyland@sewkis.com
marc.weinstein@hugheshubbard.com       hooper@sewkis.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com         *Counsel for Bluegrass Investment*
                                       *Management, LLC*
*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*


SO ORDERED:

_____
Lewis A. Kaplan
United Stated District Judge

36

Dated: New York, New York
       June 7, 2021

By:_____      By: /s/ Mark J. Hyland

HUGHES HUBBARD & REED LLP  
Marc A. Weinstein  
Neil J. Oxford  
Dustin P. Smith  
One Battery Park Plaza  
New York, New York 10004-1482  
Telephone: (212) 837-6000  
Fax: (212) 422-4726  
marc.weinstein@hugheshubbard.com  
neil.oxford@hugheshubbard.com  
dustin.smith@hugheshubbard.com  

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

SEWARD & KISSEL LLP  
Mark J. Hyland  
Thomas Ross Hooper  
One Battery Park Plaza  
New York, New York 10004  
Tel: (212) 574-1200  
Fax: (212) 480-8421  
hyland@sewkis.com  
hooper@sewkis.com  

*Counsel for Bluegrass Investment Management, LLC*

SO ORDERED:

_____  
Lewis A. Kaplan  
United Stated District Judge